AL–SITE CORP. and MAGNIVISION,
INC., Plaintiffs–Cross Appellants,

v.

VSI INTERNATIONAL INC.,
Defendant–Appellant.

No. 02–1354, 02–1364.

United States Court of Appeals,
Federal Circuit.

June 6, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).